Law Offices of George S. Burns
George S. Burns (Bar No. 124507)
John C. Ashby (Bar No. 140142)
4100 MacArthur Boulevard, Suite 305
Newport Beach, CA 92660
Telephone: (949) 263-6777
Facsimile: (949) 263-6780

JS-6

Attorneys for Defendant speakTECH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION, LOS ANGELES

| | |
|---|---|
| Stephen M. Roos,<br><br>              Plaintiff,<br><br>vs.<br><br>speakTECH, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No.: CV10-02695 VBF (SHx)<br><br>**ORDER** |

[PROPOSED] ORDER

It is hereby ORDERED that:

1. The plaintiffs' second amended complaint and speakTECH's counterclaim are dismissed with prejudice.

2. Pursuant to Civil Procedure 41 (a) (1) (ii) and <u>Kokkonen v. Guardian Life Insurance Company of America</u>, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994) the terms of the confidential Release and Settlement Agreement, are incorporated by reference into this Order and consequently after dismissal of this action, this Court retains jurisdiction over this matter to enforce all terms of the Release and Settlement Agreement.

3. Pursuant to Federal Rule of Civil Procedure 41 (a) (2) and <u>Kokkonen v. Guardian Life Insurance Company of America</u>, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994), after dismissal of this action, this Court retains jurisdiction over this matter to enforce all terms of the Release and Settlement Agreement.

Dated: 2/25/11

*Valerie Baker Fairbank*
Hon. Valerie B. Fairbank
United States District Court Judge